UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────X

JERRY FRITH,

      Petitioner,      **CIVIL JUDGMENT**

-against-           08 Civ. 306 (KMW)

J. GRONDOLSKY, WARDEN
FORT DIX FEDERAL
CORRECTIONAL INSTITUTION;    **SCANNED**
and BRIDGET G. BRENNAN,
YORK STATE ATTORNEY,

      Respondents.
──────────────────────────────X

  Pursuant to the order issued ___MAY 30 2008___ by the Honorable Kimba M. Wood, Chief Judge, dismissing the petition under 28 U.S.C. § 2254 as untimely, it is,

  ORDERED, ADJUDGED AND DECREED: That the petition be and it is hereby dismissed. 28 U.S.C. § 2244(d). As the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c). I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

  SO ORDERED.

                _/s/ KWood_
                KIMBA M. WOOD
                Chief Judge

Dated: MAY 30 2008
   New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.