UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __9__

------------------------------------------------

*Firth*

-v-

*U.S.A.*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-306__

JUDGE: __KMW__

DATE: __JULY 8, 2008__

# INDEX TO THE RECORD ON APPEAL

*[JUL 08 2008 stamp]*

PREPARED BY (NAME): ____THOMAS R. PISARCZYK____
FIRM: ____U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK____
ADDRESS: ____500 PEARL STREET, ROOM 370____
____NEW YORK, NEW YORK 10007____
PHONE NO.: ____(212) 805 - 0636____

**DISTRICT COURT DOCKET ENTRIES** ---------------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                                 **DOC. #**

____CLERK'S CERTIFICATE____                                                              _____

____SEE ATTACHED LIST OF NUMBERED DOCUMENTS____                                          _____

( ✓ ) **Original Record**                                        ( ____ ) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 8TH Day of July, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Firth*

-v-

*USA.*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # **08-W-0306**

JUDGE: **KMW**

DATE: **JULY 8, 2008**

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __8__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed          Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 8TH Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
           Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE, STAYED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00306-KMW
#### Internal Use Only

Frith v. United States of America  
Assigned to: Judge Kimba M. Wood  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/14/2008  
Date Terminated: 05/30/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Jerry Frith.(laq) (Entered: 01/23/2008) |
| 01/14/2008 |  | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 01/23/2008) |
| 01/14/2008 | 2 | 60 DAYS ORDER, Petitioner is directed to submit an affirmation within 60 days of this order. No answer shall be required at this time and all further proccedings shall be stayed until the petitioner has comlied with this order, or until the tim for doing so has expired. If the petitioner fails to comply with this order within 60 days of the date of this order, the instant petition will be dismissed as time-barred. If an affirmation is timely filed by petitioner, it shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the petition shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. (Signed by Judge Kimba M. Wood on 1/14/08) (laq) (Entered: 01/23/2008) |
| 01/31/2008 | 3 | AFFIRMATION of Jerry Frith in response to the Court's order dated January 14, 2008. Document filed by Jerry Frith. (djc) (Entered: 02/06/2008) |
| 03/26/2008 | 4 | ORDER: No answer shall be required at this time and all further proceedings shall be stayed until the petitioner has complied with this order, or until the time for doing so has expired. If the petitioner fails to comply with this order within sixty (60) days, the instant petition will be dismissed as time-barred. If an affirmation is timely filed by petitioner, it shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the petition shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. (Signed by Judge Kimba M. Wood on 3/26/08) (tro) (Entered: 03/27/2008) |
| 04/08/2008 | 5 | PETITIONER'S AFFIRMATION of Jerry Frith in response to the Court's order date March 26, 2008. Document filed by Jerry Frith. (jmi) (Entered: 04/09/2008) |
| 05/30/2008 | 6 | JUDGMENT in favor of United States of America against Jerry Frith that the petition is dismissed and a certificate of appeal will not issue. (Signed by Judge Kimba M. Wood on 5/30/08) (jf) (dt). (Entered: 06/02/2008) |
| 05/30/2008 | 7 | ORDER OF DISMISSAL: Accordingly, petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. 2254 is dismissed as time barred. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. The Court certifies that pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the instant order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/2008) (jpo) (Entered: 06/02/2008) |
| 05/30/2008 |  | Mailed notice of Right to Appeal to Pro Se Litigant(s): Jerry Frith. (jab) (Entered: 06/03/2008) |
| 06/13/2008 | 8 | NOTICE OF APPEAL from 6 Judgment. Document filed by Jerry Frith. A copy of the Notice of Appeal mailed to attorney(s) of record: A.U.S.A. (nd) (Entered: 07/02/2008) |
| 06/13/2008 |  | Appeal Remark as to 8 Notice of Appeal filed by Jerry Frith. IFP REVOKED ON 5/30/2008; $455.00 APPEAL FILING FEE DUE. (nd) (Entered: 07/02/2008) |
| 07/02/2008 |  | Transmission of Notice of Appeal to the District Judge re: 8 Notice of Appeal. (nd) (Entered: 07/02/2008) |
| 07/02/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 8 Notice of Appeal. (nd) (Entered: 07/02/2008) |